PROB 12B
(7/93)

Report Date: April 13, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
US DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 14 2011

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Miguel Angel Guerrero

Case Number: 2:08CR02056-001
2:08CR02057-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 7/7/2009

Type of Supervision: Supervised Release

Original Offense:
2:08CR02056-001:
Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)
(counts 1 and 2)

Date Supervision Commenced: 04/30/2011

2:08CR02057-001
Distribution of a Controlled Substance, Methamphet-
amphetamine, 21 U.S.C. § 841(a)(1) (counts 1 and 2)

Original Sentence: Prison - 41 Months;
TSR - 60 Months

Date Supervision Expires: 04/29/2016

---

## PETITIONING THE COURT

To remove the condition of supervision as follows:

14    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Guerrero is scheduled to release from Bureau of Prisons (BOP) custody on April 30, 2011. At this time, he has an approved release address in Yakima, Washington. He has had the benefits of prerelease transition services since November 17, 2010, and is not in need of an additional 180 days. Therefore, it is respectfully recommended that the above special condition be removed.

Mr. Guerrero has signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and advice of counsel.

Prob 12B
Re: Guerrero, Miguel Angel
April 13, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 13, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Removal of Special Condition as Noted Above
[ ]  Other

Signature of Judicial Officer

4/14/11
Date