Report Date: December 1, 2017

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 04, 2017**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Miguel Angel Guerrero | Case Number: 0980 2:08CR02057-RHW-1 |

Address of Offender:             Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: July 7, 2009

| | |
|---|---|
| Original Offense: | 2 counts: Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 41 months; TSR - 60 months    Type of Supervision: Supervised Release |
| Revocation Sentence: (June 14, 2013) | Prison - 18 months; TSR - 42 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon    Date Supervision Commenced: September 4, 2014 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: March 3, 2018 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Guerrero was arrested and charged with Possession with Intent to Deliver 50 Grams or More of Actual (Pure) Methamphetamine, in United States District Court for the Eastern District of Washington cause number 2:17-MJ-00507-JRT-1. |
| | On September 8, 2014, supervised release conditions were reviewed and signed by Mr. Guerrero acknowledging his understanding of mandatory condition number 2, which prohibits him from committing a new offense. According to the criminal complaint, on November 30, 2017, Mr. Guerrero was arrested in Spokane, Washington. Prior to the arrest, law enforcement learned of a Cadillac Escalade being in Spokane and the vehicle contained controlled substances. When law enforcement located the vehicle and made contact, Mr. Guerrero was found to be the sole occupant of the vehicle. The officer applied for a search |

warrant to which was granted by a Spokane Superior Court Judge. A search of the vehicle revealed a backpack which contained three large "pieces" of what appeared to be heroin, twelve individually packaged amounts of a white crystal substance that field tested presumptive positive as methamphetamine, a Taurus .40 caliber pistol, drug scales, and what appeared to be a drug ledger in addition to over twenty-two thousand dollars in cash. The suspected heroin was not field tested due to officer safety concerns related to the potential presence of fentanyl.

Mr. Guerrero was subsequently booked into the Spokane County Jail where he presently remains in custody on the alleged charges noted above.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 1, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/4/2017
Date